UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OMAR PEREZ, CATHERINE YAAYAA          :
WHALEY-WILLIAMS, and ANTHONY          :
WILLIAMS,                             :
                                      :
                    Plaintiffs,       :
                                      :     **ORDER**
v.                                    :
                                      :     22 CV 6326 (VB)
ENLARGED CITY SCHOOL DISTRICT OF      :
MIDDLETOWN and AMY CREEDEN,           :
                                      :
                    Defendants.       :
                                      :
------------------------------------------------------------x

        For the reasons stated on the record at a conference held today, at which counsel for all parties attended, the Court converted defendants' letter seeking a premotion conference (Doc. #18) into a Rule 12(c) motion for judgment on the pleadings, see In re Best Payphones, Inc., 450 F. App'x 8, 15 (2d Cir. 2011) (summary order), and DENIED the motion for judgment on the pleadings.

Dated:  October 6, 2022
        White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge